AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

Ali

v.

Kelly, et al.

**APPEARANCE**

Case Number: 04 CV 07367 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Raymond Kelly

I certify that I am admitted to practice in this court.

March 11, 2005
Date

*Anna Nguyen* (signature)
Signature

Anna Nguyen, Assistant Corporation    AN 6973
Print Name    Bar Number

100 Church Street
Address

New York, New York 10007
City    State    Zip Code

(212) 788-0971    (212) 788-9776
Phone Number    Fax Number