

**MANDATE**

S.D.N.Y.-N.Y.C.
04-cv-7367
Sullivan, J.
Karas, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of May, two thousand eight,

Present:

    Hon. Peter W. Hall,
    Hon. Debra Ann Livingston,
        *Circuit Judges,*
    Hon. Louis F. Oberdorfer,*
        *District Judge.*

---

A.E., a minor child,

        *Plaintiff-Appellant,*

Ms. Williams, natural progenitor in propria personal, sui juris and on behalf of her progeny A.E.,

        *Plaintiff-Appellant,*

    v.                                08-0017-cv

Raymond W. Kelly, *et al.*,

        *Defendants-Appellees.*

---

Appellants, *pro se*, move for "review of district court judge(s) administrative actions and clerks defaults against defendants." Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law. *See Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995) (an appeal should be dismissed "as frivolous when [it] presents no arguably meritorious issue for our consideration").

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

                By: _/s/_

[Filed stamp: UNITED STATES COURT OF APPEALS FILED MAY 08 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]

---

    *The Honorable Louis F. Oberdorfer, Senior District Judge of the District of Columbia, sitting by designation.

SAO-MAB

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _/s/_
    DEPUTY CLERK

Mandated: 6/10/08